**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8061**

ANTONIO BRADLEY,

                    Plaintiff - Appellant,

          v.

SALISBURY POLICE DEPARTMENT; BRYN MAWR, Officer; CORPORAL
UNDERWOOD; B. CATON, Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-03364-GLR)

Submitted:  March 17, 2014          Decided:  March 27, 2014

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Bradley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Bradley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bradley v. Salisbury Police Dep't, No. 1:13-cv-03364-GLR (D. Md. Dec. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2